United States District Court
Southern District of Texas
**ENTERED**
August 13, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| MIGUEL SUAREZ,<br>        Plaintiff, | §<br>§<br>§ | |
| v. | §<br>§ | CIVIL ACTION NO. 1:25-cv-130 |
| PROSCO, LLC, AND<br>SANDRA KAY GENTRY,<br>        Defendants. | §<br>§<br>§<br>§ | |

## ORDER ON STIPULATION OF DISMISSAL
## PURSUANT TO FRCP 41(a)(1)(A)(ii)

On June 18, 2025, Plaintiff Miguel Suarez filed his original complaint against Defendants. Dkt. No. 1.  The Clerk of Court issued summons as to each Defendant. Dkt. Nos. 5 (Summons for Prosco, LLC), 11 (Summons for Sandra Kay Gentry).  Defendant filed an answer to the complaint. Dkt. Nos. 12 (Answer from Prosco, LLC), 13 (Answer from Sandra Kay Gentry).

On August 12, 2025, the Court received a stipulation of dismissal with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Dkt. No. 14. This Rule permits a plaintiff to dismiss an action against any defendant without a court order.  *Williams v. Taylor Seidenbach, Inc.*, 958 F.3d 341, 344 (5th Cir. 2020) (*en banc*).

Accordingly, the Court **DIRECTS** the Clerk of Court to close this case.  Except as provided by any settlement agreement, each party shall bear its own fees and costs.

Signed on August 13, 2025.

Karen Betancourt
United States Magistrate Judge